**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                     :        Chapter    13

                                          :

Angie D. Valentin

                                          :

          Debtor                          :        Bankruptcy No. 18-16916

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/18/2018, this case is hereby DISMISSED.

**Date: November 6, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Means Test Calculation Form 122C-2
    Chapter 13 Statement of Your Current Monthly Income
    and Calculation of Commitment Period Form 122C-1

bfmisdoc