United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16916-amc
Angie D. Valentin                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Nov 06, 2018
                           Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db            +Angie D. Valentin,    4519 Higbee Street,    Philadelphia, PA 19135-3628
14216888      +AES/PNC EDUCATION LOAN CENTER,    P. O. BOX 61047,    HARRISBURG, PA 17106-1047
14216883      +CHRISTOPHER F. BAGNATO, ESQ., LL.M.,    JENSEN BAGNATO, PC,    1500 WALNUT STREET, SUITE 1920,
               PHILADELPHIA, PA 19102-3509
14216885      +COMCAST CABLE COMMUNICATIONS,    ENHANCED RECOVERY COMPANY,    P. O. BOX 57547,
               JACKSONVILLE, FL 32241-7547
14216893       DIRECT LOAN SVC SYSTEM,    P. O. BOX 5609,    GREENVILLE, TX  75403-5609
14216886      +GREAT LAKES HIGHER EDUCATION,    P. O. BOX 7860,    MADISON, WI 53707-7860
14216882      +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CEN,    701 MARKET STREET,
               PHILADELPHIA, PA 19106-1538
14216900      +McCABE WEISBERG & CONWAY, P.C.,    123 S. BROAD STREET, STE. 2080,    PHILADELPHIA, PA 19109-1031
14216895      +OFFICE OF THE PROTHONOTARY,    COURT OF COMMON PLEAS,    FIRST JUDICIAL DISTRICT OF PENNSYLVANIA,
               ROOM 284, CITY HALL,    PHILADELPHIA, PA 19107-3243
14216896      +OFFICE OF THE SHERIFF,    OF PHILADELPHIA COUNTY,    100 S BROAD ST., FIFTH FLOOR,
               PHILADELPHIA, PA 19110-1023
14216891      +SALLIE MAE,    123 JUSTISON STREET,    WILMINGTON, DE 19801-5360
14217549      +U.S. BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14216898       UDREN LAW OFFICES, P.C.,    WOODCREST CORPORATE CENTER,    111 WOODCREST ROAD, STE. 200,
               CHERRY HILL, NJ  08003 3620
14216894      +US DEPT. OF EDUCATION/GL,    401 INTERNATIONAL,    P. O. BOX 7859,    MADISON, WI 53707-7859
14216884      +WILLIAM CLAUDIO,    2137 NORTH HOPE STREET,    PHILADELPHIA, PA 19122-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:44     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:37:26
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:36:24     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14216897       E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:44     CITY OF PHILADELPHIA,
               c/o LAW DEPARTMENT,    1515 ARCH ST, 14TH FLOOR,    PHILADELPHIA PA 19107
14216889      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:37:12     COMENITY BANK/LIMITED,
               P. O. BOX 182789,    COLUMBUS, OH 43218-2789
14216887       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2018 02:37:34     JEFFERSON CAPITAL SYSTEMS,
               VERIZON WIRELESS,    16 MCLELAND ROAD,    St. CLOUD, MN  56303
14215291      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:36:22
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14216890      +E-mail/PDF: pa_dc_claims@navient.com Nov 07 2018 02:36:23     SALLIE MAE,    P. O. BOX 9500,
               WILKES BARRE, PA 18773-9500
14216892      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:46:49     SYNCHRONY BANK/LOWES,
               P. O. BOX 965005,    ORLANDO, FL 32896-5005
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14216899       THE BANK OF NEW YORK MELLON,,    SUCCESSOR IN INTEREST TO,    JPMORGAN CHASE BANK, NATIONAL,
               ASSOCIATION AS TRUSTEE FOR THE,    REGISTERED HOLDERS OF NOVASTAR,
               MORTGAGE FUNDING TRUST, SERIES
14216901       THE BANK OF NEW YORK MELLON,,    AS SUCCESSOR TRUSTEE UNDER,    NOVASTAR MORTGAGE FUNDING,
               TRUST, SERIES 2005-1,    SAXON MORTGAGE SERVICES, INC.,    4708 MERCANTILE DRIVE NORTH
14216881       U.S. BANK NATIONAL ASSOCIATION,,    AS TRUSTEE, ON BEHALF OF THE,
               HOLDERS OF THE CSMC MORTGAGE-,    BACKED PASS-THROUGH,    CERTIFICATES, SERIES 2007-3,
               3217 S. DECKER LAKE DRIVE
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Nov 06, 2018
                               Form ID: pdf900              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          JOSEPH   VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
           acevedoesq@erielawcenter.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF
           OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Angie D. Valentin | : | |
| Debtor | : | Bankruptcy No. 18-16916 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/18/2018, this case is hereby DISMISSED.

**Date: November 6, 2018**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Means Test Calculation Form 122C-2
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1

bfmisdoc